UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CRAIG WEIGHALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LT. PEA, *et al.*,<br><br>　　　　Defendants. | Case No. C06-5663 RBL/KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1)(B) and Local MJR 3 and 4. Presently noted for consideration on April 27, 2007 is Defendants' motion for summary judgment, seeking dismissal of Plaintiff's claims. (Dkt. # 18). Plaintiff requests an extension of time to respond to Defendants' motions for summary judgment. (Dkt. # 20). Plaintiff states that he has limited access to the law library, is currently attempting to obtain copies of transcripts from Lewis County, and is scheduled to speak to an attorney for the purpose of representing him on April 17, 2007. Plaintiff has requested a thirty day extension until June 1, 2007. This is Plaintiff's first request for an extension of time.

The Court finds that there is no showing of prejudice to Defendants by the short continuance

ORDER - 1

and that Plaintiff's motion for continuance (Dkt. # 20) is, therefore, **GRANTED**; Plaintiff may file his response to the motion for summary judgment on or before **June 1, 2007.**

The Clerk is directed to send copies of this order to Plaintiff and counsel for Defendants.

DATED this 9th day of May, 2007.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER - 2