THE HON. KAREN L. STROMBOM

FILED LODGED
RECEIVED

JUN 12 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

06-CV-05663-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CRAIG WEIGHALL,<br><br>                Plaintiff,<br><br>vs.<br><br>LT. PEA, et al.,<br><br>                Defendants. | No. C0605663 RBL/KLS<br><br>STIPULATED MOTION AND ORDER FOR CONTINUANCE<br><br>NOTE ON MOTION CALENDAR:<br>May 30, 2007 |

### STIPULATED MOTION

Pursuant to CR 10(g), the parties ask this Court to continue for 30 days the deadline for Plaintiff to file his responses to Defendants' summary judgment motions.

On May 9, 2007, this Court entered an order giving Plaintiff until June 1, 2007 to file his summary judgment responses. Since that time, Plaintiff has retained an attorney, Hank Balson of Public Interest Law Group, PLLC, to review Plaintiff's claims. Defense counsel have provided Mr. Balson with relevant records. A continuance in this matter will enable Mr. Balson to review

STIPULATED MOTION AND ORDER FOR
CONTINUANCE – Page 1

Public Interest
Law Group, PLLC
705 Second Avenue, Suite 501
Seattle, WA 98104
TELEPHONE: (206) 447-0103
FACSIMILE: (206) 447-0115

Plaintiff's claims and make a decision as to whether or not Public Interest Law Group, PLLC will represent Plaintiff in this litigation.

If this motion is granted, Plaintiff's response to Defendants' pending summary judgment motions will be due on or before July 1, 2007.

## ORDER

This Court, having considered the stipulation of counsel, hereby ORDERS as follows:

The parties' stipulated motion for a continuance is GRANTED. Plaintiff may file his responses to Defendants' summary judgment motions on or before July 1, 2007.

Dated: June 12, 2007

KAREN L. STROMBOM
United States Magistrate Judge

Public Interest Law Group, PLLC
705 Second Avenue, Suite 501
Seattle, WA 98104
TELEPHONE: (206) 447-0103
FACSIMILE: (206) 447-0115

Stipulation dated May 30, 2007 and presented by:

**PUBLIC INTEREST LAW GROUP, PLLC**

_____/s/ Hank Balson_____
HANK BALSON, WSBA #29250
Attorneys for Plaintiff


**COZEN O'CONNOR**

_____/s/ John J. Soltys_____
By: JOHN J. SOLTYS, WSBA #537
Attorneys for Defendant Briggs


**MICHAEL GOLDEN**
**Lewis County Prosecuting Attorney**

_____/s/ Glenn J. Carter_____
GLENN J. CARTER, WSBA #33863
Senior Civil Deputy Prosecuting Attorney
Of Attorneys for Respondents Lewis County

STIPULATED MOTION AND ORDER FOR
CONTINUANCE – Page 3

Public Interest
Law Group, PLLC
705 Second Avenue, Suite 501
Seattle, WA 98104
TELEPHONE: (206) 447-0103
FACSIMILE: (206) 447-0115