UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CRAIG WEIGHALL,

    Plaintiff,

v.

LT. PEA, *et al.*,

    Defendants.

Case No. C06-5663 RBL/KLS

ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1)(B) and Local MJR 3 and 4. Presently noted for consideration on April 27, 2007 is Defendants' motion for summary judgment, seeking dismissal of Plaintiff's claims. (Dkt. # 18). Plaintiff requests a second extension of time to respond to Defendants' motions for summary judgment. (Dkt. # 28). Defendant opposes the extension.

Plaintiff was originally granted a thirty day extension on May 10, 2007, for the purpose of obtaining copies of transcripts from Lewis County and to speak to counsel. (Dkt. # 23). The parties stipulated to another thirty day extension while Plaintiff's counsel reviewed the records. (Dkt. # 26). Plaintiff now advises that counsel has decided not to represent him and he requests an additional extension until August 1, 2007, so that he may review the record himself to prepare a

ORDER - 1

1 reasoned response to Defendants' motion. (Dkt. # 28).  In addition, Plaintiff states that he will be

2 moved during the month of July from the Special Offender Center to the University of Washington

3 for a plastic surgery consult but does not know the exact date yet for security reasons.  (*Id*.).

4 Defendants oppose the continuance because their motion has been pending for three months. (Dkt. #

5 27).

6      The Court finds that there is no showing of prejudice to Defendants by the continuance and

7 that Plaintiff's motion for continuance (Dkt. # 28) is, therefore, **GRANTED**; Plaintiff may file his

8 response to the motion for summary judgment on or before **August 1, 2007.**

9      The Clerk is directed to send copies of this order to Plaintiff and counsel for Defendants.

11      DATED this 27th  day of July, 2007.

14                               Karen L. Strombom
15                               United States Magistrate Judge

26 ORDER - 2