THE HON. KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CRAIG WEIGHALL,<br><br>      Plaintiff,<br><br> vs.<br><br>LT. PEA, et al.,<br><br>      Defendants. | No. C0605663 RBL/KLS<br><br>ORDER GRANTING<br>MOTION TO WITHDRAW |

  This Court, having considered the Motion to Withdraw, filed by Hank Balson and Public Interest Law Group, PLLC, as well as all materials submitted in support thereof and opposition thereto, hereby ORDERS as follows:

  The Motion to Withdraw is GRANTED.

Dated: August 20, 2007.

*Karen L. Strombom*

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING
MOTION TO WITHDRAW – Page 1

Public Interest
Law Group, PLLC
705 Second Avenue, Suite 501
Seattle, WA 98104
TELEPHONE: (206) 447-0103
FACSIMILE: (206) 447-0115

Presented by:

**PUBLIC INTEREST LAW GROUP, PLLC**

　　/s/ Hank Balson
HANK BALSON, WSBA #29250
Attorneys for Plaintiff

ORDER GRANTING
MOTION TO WITHDRAW – Page 2

Public Interest
Law Group, PLLC
705 Second Avenue, Suite 501
Seattle, WA 98104
TELEPHONE: (206) 447-0103
FACSIMILE: (206) 447-0115