UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CRAIG WEIGHALL,

       Plaintiff,

  v.

LT. PEA, *et al.*,

       Defendants.

Case No. C06-5663 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The motion for summary judgment of Defendants Lt. James Pea and Savouth Uch (Dkt. # 18) is **GRANTED except as to Plaintiff's due process claim**;

(3) The motion for summary judgment of Defendant Briggs (Dkt. # 21) is **GRANTED**; and

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 16th day of November, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1