HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CRAIG WEIGHALL,

          Plaintiff,

   v.

LT. PEA, et al,

          Defendants.

Case No. C06-5663RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Objections [Dkt. #44] to the Magistrate Judge's Report and Recommendation [Dkt. #40]. After considering the objections, the Court hereby **AFFIRMS** its previous order adopting the Report and Recommendation [Dkt. #41].

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 28th day of February, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1