UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CRAIG WEIGHALL,

    Plaintiff,

v.

LT. PEA, *et al.*,

    Defendants.

Case No. C06-5663RBL/KLS

ORDER GRANTING MOTION TO EXTEND DEADLINES

Before the Court is Plaintiff's motion for a sixty day extension of the discovery deadline. (Dkt. # 55). Defendants have filed no objection to Plaintiff's request. Having considered the motion and balance of the record, the Court finds that the motion should be **GRANTED.**

Accordingly, it is **ORDERED:**

(1) The discovery deadline shall be extended until **October 31, 2008**;

(2) The dispositive motion deadline is extended until **December 26, 2008**; and

(3) The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

DATED this  23rd  day of September, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1