UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CRAIG WEIGHALL,

        Plaintiff,

   v.

LT. PEA, *et al.*,

        Defendants.

Case No. C06-5663RBL/KLS

ORDER DENYING EXTENSION OF TIME TO FILE PAPERWORK

Before the Court is Plaintiff's motion for an extension of time to file paperwork. Dkt. # 58. Plaintiff requests an additional thirty days so that the parties may file objections. Plaintiff's motion is apparently based on a belief that the Defendants were not given notice of the Court's prior Order extending the parties' deadlines. *Id*.

The Court previously granted Plaintiff's motion for an extension of time by extending the discovery deadline to October 31, 2008 and dispositive motion deadline to December 26, 2008. Dkt. # 56. Defendants were given notice of the Court's Order and have not objected to the deadlines nor requested any extensions. Plaintiff has provided the Court with no reasonable explanation for his request for an additional thirty day continuance.

ORDER - 1

1   Accordingly, Plaintiff's motion for an extension (Dkt. # 58) is **DENIED.**

3   DATED this  17th  day of November, 2008.

						Karen L. Strombom
						United States Magistrate Judge

ORDER - 2