1
2
3
4
5
6
7
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8
AT TACOMA
9
10 CRAIG WEIGHALL,

Plaintiff,                     Case No. C06-5663 RBL/KLS
11
12          v.                          ORDER GRANTING
                                        DEFENDANTS' MOTION TO
13 LT. PEA, *et al.*,                   CONTINUE DATE FOR FILING
                                        JOINT STATUS REPORT
                Defendants.
14
15
16          The Court, having reviewed Defendants' motion to continue date for filing joint status
17 report (Dkt. # 69), and the balance of the record, does hereby **ORDER**:
18          (1)     Defendants' motion to continue the date for filing a joint status report (Dkt. # 69) is
19 **GRANTED;**
20          (2)     The parties shall are directed to confer and provide the Court with a joint status
21 report by no later than **May 29, 2009.**
22          (2)     The Clerk shall direct copies of this Order to Plaintiff and to counsel for Defendants.
23
24          DATED this 1st day of April, 2009.
25
26                                                      Karen L. Strombom
                                                        United States Magistrate Judge
27
28

ORDER
Page - 1