# United States District Court

WESTERN DISTRICT OF WASHINGTON

CRAIG WEIGHALL

JUDGMENT IN A CIVIL CASE

v.

LT. PEA et al,

CASE NUMBER: C06-5663RBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Plaintiff's Motion to Dismiss Without Prejudice is **GRANTED**.

2. All other pending matters are **MOOT**.

    July 9, 2009                                                                                 BRUCE RIFKIN
                                                                                                                      Clerk

                                                                                                   /s/ Jennie L. Patton
                                                                                                     Deputy Clerk